# Kerr v. Philadelphia & Reading Railway Company, · Appellant.

OPINION BY ORLADY, J., February 27, 1913:

This appeal was heard in connection with that of Donnelly, against same defendant, No. 54, October Term, 1912, ante, p. 78, the two cases arising out of the same accident, and while tried before different juries the facts are identical, and the question involved being the same, they were argued together.

For the reasons given in Donnelly v. Phila. & Reading R. R. Company, No. 54, October Term, 1912, ante, p. 78, the assignment is overruled and the judgment is affirmed.